```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUBIA PETERS,

                Plaintiff,

      -against-

CBS VIACOM,

                Defendant.

22-CV-6287 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff brings this *pro se* action alleging that Defendant discriminated against her based on her religion and disability "because [she] couldnt [sic] take the vaccine," Compl., Dkt. 2;

WHEREAS the Undersigned owns shares in Pfizer, a manufacturer of one of the COVID-19 vaccines in use in the United States;

WHEREAS a judge shall disqualify herself if she "has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding," 28 U.S.C. § 455(b)(4); *see also id.* § 455(b)(5);

IT IS HEREBY ORDERED that, although Pfizer is not a party to this action, and it is exceedingly unlikely that the outcome of the instant case could "substantially affect" the Undersigned's financial interest in Pfizer, in an abundance of caution the Court is disclosing its financial interest in Pfizer so that the parties can take whatever steps they deem appropriate.

**SO ORDERED.**

Date:  August 9, 2022
          New York, NY

                                                  **VALERIE CAPRONI**
                                                 **United States District Judge**