```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUBIA PETERS,

                Plaintiff,

      -against-

CBS VIACOM,

                Defendant.

22-CV-6287 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff brought this *pro se* action against CBS Viacom on July 24, 2022, *see* Compl., Dkt. 2;

    WHEREAS the service package was hand-delivered to the U.S. Marshals to effectuate service on Defendant pursuant to Fed. R. Civ. P. 4(c)(3), *see* Dkt. 5;

    WHEREAS the U.S. Marshals attempted service on November 1, 2022, but CBS Viacom would not accept service at the address originally provided, *see* Dkt. 10;

    WHEREAS the U.S. Marshals were advised to attempt service on CBS Viacom at 80 State Street in Albany, New York, *see id.*; and

    WHEREAS the deadline to effectuate service has elapsed.

    IT IS HEREBY ORDERED that the deadline to serve Defendant CBS Viacom is extended to **December 9, 2022**.

**SO ORDERED.**

Date: November 9, 2022
       New York, NY

                                              **VALERIE CAPRONI**
                                              **United States District Judge**