USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUBIA PETERS,

               Plaintiff,

       -against-

CBS VIACOM,

             Defendant.

22-CV-6287 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court dismissed the case without prejudice for failure to prosecute on February 7, 2023, *see* Dkt. 14;

WHEREAS Plaintiff appealed the order of dismissal, *see* Dkt. 18; and

WHEREAS on November 30, 2023, the Second Circuit issued a summary order, vacating the judgment of the district court and remanding for further proceedings, *see* Dkt. 19.

IT IS HEREBY ORDERED that the Clerk of Court is instructed to issue an amended summons and complaint for CBS Viacom, complete the USM-285 form with the address for Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service. The Clerk of Court is further directed to mail an information package to Plaintiff and note the mailing on the docket.

**SO ORDERED.**

**Date:  December 1, 2023**
      **New York, NY**

_____
          **VALERIE CAPRONI**
        **United States District Judge**

## DEFENDANT AND SERVICE ADDRESS

CBS Viacom
80 State Street
Albany, New York 12207