UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                        :

NUBIA PETERS

                                                                        :         ORDER

                      Plaintiff,

                                                                          :         22 Civ. 6287 (VEC) (GWG)

      -v.-

                                                                          :

PMMUE EDUSERVICES PRIVATE LIMITED   :
et al.,

                                                                          :

                    Defendants.       :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The deadline for defendant to file its motion for summary judgment shall be October 21, 2025.  Plaintiff's opposition shall be filed by November 11, 2025.  Defendant may file any reply within 10 business days of the filing of plaintiff's opposition.  The parties are reminded to comply with paragraphs 2.B through 2.H of the Court's Individual Practices (available at: https://www.nysd.uscourts.gov/hon-gabriel-w-gorenstein)

      SO ORDERED.

Dated:  September 30, 2025
           New York, New York

                                                             _____
                                                             GABRIEL W. GORENSTEIN
                                                             United States Magistrate Judge