MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUBIA PETERS,
Plaintiff,

v. Case No. 22 Civ. 6287 (VEC) (GWG)

VIACOMCBS INC. (n/k/a PARAMOUNT GLOBAL),
Defendant.

PLAINTIFF'S MOTION TO SEAL

Plaintiff respectfully moves for leave to file under seal the unredacted versions of Plaintiff's Declaration and Exhibit AB. The unredacted materials contain private identifying and sensitive information that should not be made public. Plaintiff is filing redacted public versions of the same materials on the public docket, and the redactions are narrowly tailored to protect privacy while preserving the relevance of the evidence.

Plaintiff requests that the Court permit the unredacted Declaration and unredacted Exhibit AB to remain under seal and that the corresponding redacted versions remain on the public docket. Plaintiff submits this motion in good faith and seeks only the limited sealing necessary to protect confidential personal information.

Respectfully submitted,
Dated: July 14, 2026
New York, New York
/s/ Nubia Peters
Nubia Peters, Plaintiff Pro Se
NUBIA007@gmail.com

Application GRANTED.

SO ORDERED. 7/30/2026

Valerie Caproni

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE