UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 7/30/2026

NUBIA PETERS,
Plaintiff,

-against- Case No. 22 Civ. 6287 (VEC) (GWG)

VIACOMCBS INC. (n/k/a PARAMOUNT GLOBAL),
Defendant.

---------------------------------------------------------X

MOTION TO REDACT PERSONAL INFORMATION
AND RESTRICT PUBLIC ACCESS

Plaintiff Nubia Peters, proceeding pro se, respectfully moves this Court for an order redacting Plaintiff's mailing address and phone number from publicly accessible filings in this action and restricting public access to any unredacted versions of those filings.

In support of this motion, Plaintiff states as follows:

1. Plaintiff recently discovered that multiple filings in this action contain Plaintiff's personal mailing address and phone number.
2. Plaintiff does not have PACER access and does not recall the docket numbers for all affected filings.
3. The disclosure was inadvertent and creates a privacy and security concern.
4. Plaintiff is especially concerned about the disclosure of her personal information because her history as a survivor of stalking places her safety at risk.
5. Plaintiff respectfully requests that the Court direct redaction of Plaintiff's mailing address and phone number from public access and permit corrected redacted versions to be filed if necessary.
6. Plaintiff further requests any other relief the Court deems just and proper.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and issue an order:
(a) directing that Plaintiff's mailing address and phone number be redacted from publicly accessible filings in this action;
(b) permitting Plaintiff to file corrected redacted versions of any affected filings, if necessary;
(c) restricting public access to any unredacted versions of those filings; and
(d) granting such other and further relief as the Court deems just and proper.

Dated: July 23, 2026

Respectfully submitted,

/s/ Nubia Peters
Nubia Peters
Pro Se Plaintiff
NUBIA007@gmail.com

The Court is amenable to ordering that Plaintiff's phone number and mailing address be redacted, but Plaintiff must provide all the relevant docket entries and page numbers.

Plaintiff can visit Records Management on the third floor of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. They are open 8:30 a.m. to 5 p.m. on weekdays, and Plaintiff can use one of the terminals there to review the docket.
Plaintiff must provide the required information to the Court **no later than August 31, 2026**.

SO ORDERED. 7/30/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE