**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

NUBIA PETERS,

Plaintiff,

-against-

22 **CIVIL** 6287 (VEC)

# JUDGMENT

VIACOMCBS INC.,

Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 28, 2026, all of Plaintiff's objections are overruled. Defendant's first objection (that Plaintiff did not assert an NYCHRL cooperative dialogue claim) is overruled, but its second objection (that the same claim should be decided on the merits) is granted. The R&R is adopted in full, except as to Plaintiff's NYCHRL cooperative dialogue claim, which this Court construes as raised by Plaintiff's Complaint but on which this Court grants summary judgment in favor of Defendant. Defendant's Motion for Summary Judgment is, therefore, GRANTED in full. Plaintiff's Complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**